In the United States Bankruptcy Court
Northern District of Illinois Eastern Division

IN Re:
Marieh Bastanipour

Debtor(s)

Case No: 17-24793
Judge: Honorable Judge Jack B. Schmetterer
Chapter: 13

ORDER for extention of time

This Cause coming to be heard on the motion of the Debtor for extention of time to file the remainder of Schedules & to finish any other tasks required on the above case for additional 30 days as it may be done by the proposed counsel, time for filing all required documents extended to 10/11/17; status set 10/11/17
Entered:
— JBM

SEP 2 0 2017
Date

United States Bankruptcy Judge.