United States Bankruptcy Court
Northern District of Illinois
Eastern Division

|  |  |
|---|---|
| In re: | Case No. 17 B 24793 |
| Marzieh Bastanipour, | Chapter 13 |
| Debtor. |  |

## ORDER GRANTING APPLICATION TO FILE AND SET HEARING ON EMERGENCY MOTION [DKT. NO. 64]

Application of Debtor, Marzieh Bastanipour, to file and set hearing on Emergency Motion to Extend Time for Filing is hereby allowed. Notice of Emergency Motion and Emergency Motion may be filed with **hearing set for Wednesday, December 13 at 11:00 a.m.**, and notice served on all creditors by Wednesday, December 6, 2017 at 5:00 p.m.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of November, 2017