IN the United States Bankruptcy Court
Northern District of Illinois

In Re
Marieh Bastanipour

Debtor(s)

Case No: 17-24793

Judge: Honorable Judge
Jack B. Schmetterer

Chapter 13

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 28 2017
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

## Notice of Motion Emergency

Please note on 11/29 or as soon there after I may be heard, I shall appear before the honorable Judge Jack B. Schei or any other Judge presiding in his/her place in Room 682 the courtroom usually occupied by said Judge in the Dirksen Federal Building 219. S. Dearborn. Atty By God Bless you

## Proof of Service

The Undersigned does hereby certify that above motion was delivered & mail thru Fax to the Person above name at addresses. Copy +

Creditor list

Capital one credit
1938 N. Clybourn
Chi, IL, 60610

Merrick Bank credit
P.O. Box 660702
Dallas, Tx, 75266-0702

First Premier Bank crd
P.O. Box 5529
Sioux Falls, SD, 57117-5529

City of Chicago
CH IL, 60654
W. Superior street

Wells Fargo mortgage
420 Montgomery st
San Francisco, CA, 9464

Grand ohio assoc.
CH, IL, 60611
ohio street, CA

95 W. Erie Assoc.
W. Erie street
CH, IL, 60610

In The Bankruptcy Court
Northern District of Illinois Eastern Division

In Re:
Mareih Bastanipour

Debtor(s)

Chapter 13

Case No. 17-24793

Judge: Honorable Jack B. Schmetterer

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 28 2017
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Emergency motion for extension time

This is to notify the honorable Judge of proceeding. As stated by the honorable the status date was extended to None so as to come to court to notify the honorable if at all any further extention was needed. This is a humble request to the court to Kindly extend any relief as it is need so that all "tasks" to be done is met. This is a Great appreciation to the court & to extend the Gratidude. I respectfully extend my Gratitude & pray for all of you & your family.

Mareih Bastanipour