UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division Div

| | | |
|---|---|---|
| In Re: | ) | Case No.: 1724793 |
| MARZIEH BASTANIPOUR | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable JACK B SCHMETTERER |
| | ) | |
| | ) | |
| Debtor(s) ) | | |

ORDER DISMISSING CASE FOR FAILURE TO FILE A PLAN

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed pursuant to 11 U.S.C. § 1307 (c) (3), for failure to file a plan timely.

Enter:

Honorable JACK B SCHMETTERER
United States Bankruptcy Judge

Dated: NOV 29 2017

**Prepared by counsel of Movant:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900

Rev:20081125