UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-24793 |
| MARZIEH BASTANIPOUR | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack B. Schmetterer |
| Debtor(s) | ) | |

### ORDER DENYING CONFIRMATION OF THE PLAN

THIS CAUSE, coming on to be heard on the Objection to Confirmation of the Debtor's Plan filed by, Wells Fargo Bank, N.A. the Court having jurisdiction and being advised in the premises, and due notice having been given;
IT IS HEREBY ORDERED that confirmation of the plan is denied.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: NOV 29 2017

**Prepared by:**
Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
17-084425

Rev: 20170105_bko